| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DANIEL COLLINS and JOEL RUMPH, §
§
    Plaintiffs, §
§
versus §   CIVIL ACTION NO. 1:16-CV-134
§
BROWN & MARTIN GREENHOUSES, §
LLC and AKA GENERAL CONTRACTORS, §
§
    Defendants. §

## ORDER OF DISMISSAL

The parties' Joint Motion to Approve Confidential Settlement and to Dismiss Case With Prejudice (#16) is GRANTED. Accordingly, the parties' settlement is approved and the above-styled case is dismissed with prejudice. The parties shall bear their own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 15th day of March, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE